JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6962
    Facsimile:   (415) 436-6748
    Email:      melissa.k.brown@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>        Plaintiff,<br><br>   v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>        Defendant. | No. C 08-00001 MJJ<br>No. C 08-00021 MEJ<br><br>**ADMINISTRATIVE MOTION TO CONSOLIDATE CASES AND [PROPOSED] ORDER** |

On December 28, 2007, this Court dismissed the action of *E.K. Wade v. Elaine Chao*, 06-4725 MJJ and gave plaintiff leave to file a new complaint. On January 2, 2008, Plaintiff filed the new complaint *E.K. Wade v. Elaine Chao, et al.*, CV-08-00001 PJH. On January 17, 2008 the court issued an order reassigning case No.CV-08-00001 PJH to the Honorable Martin Jenkins.

However, on January 3, 2008, Plaintiff also filed the new complaint *E.K. Wade v. Elaine Chao et al.*, CV-08-0021 MEJ. Because both complaints (CV-08-00001 and CV-08-00021) involve the same parties, facts and circumstances, and because this Court has previously ordered that all actions against the Secretary of Labor be consolidated into one complaint,

//

//

1  the Federal Defendants request the Court to order plaintiff to consolidate all allegations against
2  *Elaine Chao et al.* into a single Fifth Amended Complaint.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 4, 2008

/s/
_____
MELISSA K. BROWN
Assistant United States Attorney

**ORDER**

The Court, having considered the briefing of the parties, orders that plaintiff's complaint for damages filed on January 3, 2008 – be consolidated into plaintiff's Fifth Amended Complaint to be filed in the C 08-00001 MJJ case. Once the complaints have been consolidated, plaintiff shall dismiss the C 08-00021 MEJ complaint with prejudice. The United States Attorney's Office will accept service of the new complaint and will file a responsive pleading within 60 days of service of the new complaint.

DATED:_____       _____
                                  HONORABLE MARTIN J. JENKINS
                                  U.S. DISTRICT COURT JUDGE

ADMINISTRATIVE MOTION TO CONSOLIDATE
CASES, C 08-00001 MJJ and C-08-0021 MEJ      2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADMINISTRATIVE MOTION TO CONSOLIDATE CASES**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 4, 2008 at San Francisco, California.

_____/s/_____
MANIK BOWIE
Legal Assistant

ADMINISTRATIVE MOTION TO CONSOLIDATE
CASES, C 08-00001 MJJ and C-08-0021 MEJ         3