E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
**ekpeactime@aol.com**

**Attorney for Plaintiff**

FILED
08 FEB -4 AM 9:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**E. K. Wade**

**Plaintiff,**

**vs.**

**Elaine Chao, Secretary of Labor**
**U.S. Department of Labor**

**Defendants.**

**Case No. C 08-0021 ~~MEJ/MJJ~~** CRB

**DECLARATIONS OF E. K. WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.**

**Date:** **March 11, 2008**
**Time:** **9:30 A.M.**
**Place:** **Courtroom 11, 19th Floor**
**Before:** **Honorable Martin J. Jenkins**

**DECLARATIONS OF E. K. WADE**

I, E. K. Wade declare:

1. I am a resident of Walnut Creek, California and Contra Costa County. I am a 60-year-old decorated disabled American Vietnam veteran with a 70% rating from the Veterans Affairs; and I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.
2. On or about October 11, 2004, Plaintiff (not of his own volition) finally caved in and resigned his position as Equal Opportunity Specialist/Compliance Officer as a direct

result of Defendants' egregious violation of personnel actions perpetrated against him from September 26, 2000 to October 11, 2004). Plaintiff maliciously suffered: a) disparate treatment (race, disability and age); b) retaliatory discrimination (race, disability and age); c) Hostile Work Environment Harassment (race, disability and age); d) Retaliatory Discrimination – Issuance of 14- day Suspension (race, disability and age); e) constructive discharge (race, disability and age); f) disability discrimination – reasonable accommodations (race, disability and age); g) conspiracy to deprive equal protection of the laws (race, disability and age); and h) conspiracy to interfere with civil rights (race, disability and age). I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

**Dated this 4th day of February 2008**

E. K. Wade

**E. K. Wade (Pro Se)**
**Attorney for Plaintiff**
**542 North Civic Drive, Apt. D**
**Walnut Creek, CA 94597**
**(925) 323-1578**
**ekpeactime@aol.com**

E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

FEB -4 AM 9:2_
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **E. K. Wade** | **Case No. C 08-0021 ~~MEJ/MJJ~~** JCS |
| **Plaintiff,** | **(PROPOSED) ORDER GRANTED SUMMARY JUDGMENT** |
| **vs.** | **(EMPLOYMENT DISCRIMINATION)** |
| **Elaine Chao, Secretary of Labor**<br>**U.S. Department of Labor** | **Date: March 11, 2008**<br>**Time: 9:30 A.M.**<br>**Place: Courtroom 11, 19th Floor**<br>**Before: Honorable Martin J. Jenkins** |
| **Defendants.** | |

This matter came on regularly for hearing on March 11, 2008, in Courtroom 11 of this Court, the Honorable Martin J. Jenkins presiding. E. K. Wade (Pro se) appeared on behalf of Plaintiff E. K. Wade. U.S. Attorney Melissa Brown appeared on behalf of Defendant Elaine Chao.

After full consideration of all of the evidence and argument, the separate statements of the parties, the Court finds that there is no triable issue of material fact in this action and that the Plaintiff is entitled to judgment as a matter of law, since there is no evidence constituting a defense for Defendant.

**IT IS HEREBY ORDERED** that the motion for summary judgment is GRANTED and that judgment shall be entered forthwith in favor of Plaintiff against Defendant.

Dated: ____________________

Honorable Maria-Elena James/Martin J. Jenkins
Judge U.S. District Court