E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

FILED
08 FEB -4 AM 9: 19
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade,<br><br>Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary<br>U.S. Department of Labor<br><br>Defendant. | Case No. C 08-0021 ~~MEJ/MJJ~~ CRB<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES WITHOUT SUBSTANTIAL CONTROVERSY**<br><br>Date: March 11, 2008<br>Time: 9:30 A.M.<br>Place: Courtroom 11, 19th Floor<br>Before: Honorable Martin J. Jenkins |

**TO DEFENDANT U.S. ATTORNEYS AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 11, 2008, in Courtroom 11 of the above-entitled Court at 9:30 A.M., or as soon thereafter as the matter can be heard, Plaintiff will move for summary judgment, or in the alternative, for summary adjudication of the issues without substantial controversy, on the grounds that there are no disputes of material fact.

This motion will be based upon this notice, on the memorandum of points and authorities, statement of undisputed facts, and declarations of E. K. Wade filed herewith, on all the

E. K. Wade v. Elaine Chao
Motion for Summary Judgment
C 08-0021 MEJ/MJJ - 1

1  pleadings, papers, and records on file herein, and on such further oral and documentary evidence
2  as may be presented at the hearing of this motion.
3
4                                                    Dated this 4th day of February 2008
5                                                             *E. K. Wade* (signature)
6                                                    _____
                                                              E. K. Wade (Pro Se)
7                                                             Attorney for Plaintiff
                                                        542 North Civic Drive, Apt. D
8                                                            Walnut Creek, CA 94597
                                                                  (925) 323-1578
9                                                             ekpeactime@aol.com

E. K. Wade v. Elaine Chao
Motion for Summary Judgment
C 08-0021 MEJ/MJJ - 2