E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

FILED
08 FEB -4 AM 9: 21
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary of Labor<br>U.S. Department of Labor<br><br>Defendants. | Case No. C 08-0021 ~~MEJ/MJJ~~ JSW<br><br>**DECLARATIONS OF E. K. WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.**<br><br>Date:  March 11, 2008<br>Time:  9:30 A.M.<br>Place:  Courtroom 11, 19th Floor<br>Before:  Honorable Martin J. Jenkins |

**DECLARATIONS OF E. K. WADE**

I, E. K. Wade declare:

1. I am a resident of Walnut Creek, California and Contra Costa County. I am a 60-year-old decorated disabled American Vietnam veteran with a 70% rating from the Veterans Affairs; and I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. On or about October 11, 2004, Plaintiff (not of his own volition) finally caved in and resigned his position as Equal Opportunity Specialist/Compliance Officer as a direct

E. K. Wade v. Elaine Chao
Declarations of E. K. Wade
C 08-0021 MEJ/MJJ - 1

result of Defendants' egregious violation of personnel actions perpetrated against him from September 26, 2000 to October 11, 2004). Plaintiff maliciously suffered: a) disparate treatment (race, disability and age); b) retaliatory discrimination (race, disability and age); c) Hostile Work Environment Harassment (race, disability and age); d) Retaliatory Discrimination – Issuance of 14- day Suspension (race, disability and age); e) constructive discharge (race, disability and age); f) disability discrimination – reasonable accommodations (race, disability and age); g) conspiracy to deprive equal protection of the laws (race, disability and age); and h) conspiracy to interfere with civil rights (race, disability and age). I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

Dated this 4th day of February 2008

*E. K Wade*

E. K. Wade (Pro Se)
Attorney for Plaintiff
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

FEB -4 AM 9: 2
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade**<br><br>         **Plaintiff,**<br><br>**vs.**<br><br>**Elaine Chao, Secretary of Labor**<br>**U.S. Department of Labor**<br><br>         **Defendants.** | Case No. C 08-0021 MEJ/MJJ<br><br>(PROPOSED) ORDER GRANTED<br>SUMMARY JUDGMENT<br><br>(EMPLOYMENT DISCRIMINATION)<br><br>Date:   March 11, 2008<br>Time:   9:30 A.M.<br>Place:  Courtroom 11, 19th Floor<br>Before: Honorable Martin J. Jenkins |

This matter came on regularly for hearing on March 11, 2008, in Courtroom 11 of this Court, the Honorable Martin J. Jenkins presiding. E. K. Wade (Pro se) appeared on behalf of Plaintiff E. K. Wade. U.S. Attorney Melissa Brown appeared on behalf of Defendant Elaine Chao.

After full consideration of all of the evidence and argument, the separate statements of the parties, the Court finds that there is no triable issue of material fact in this action and that the Plaintiff is entitled to judgment as a matter of law, since there is no evidence constituting a defense for Defendant.

E. K. Wade v. Elaine Chao
(Proposed) Order Granting Supporting Summary Judgment
C 08-0021 MEJ/MJJ - 1

1  **IT IS HEREBY ORDERED** that the motion for summary judgment is GRANTED and that
2  judgment shall be entered forthwith in favor of Plaintiff against Defendant.

4  Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Maria-Elena James/Martin J. Jenkins
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge U.S. District Court

E. K. Wade v. Elaine Chao
(Proposed) Order Granting Supporting Summary Judgment
C 08-0021 MEJ/MJJ - 2