1  E. K. Wade (Pro Se)
2  542 North Civic Drive, Apt. D
   Walnut Creek, CA 94597
3  (925) 323-1578
   ekpeactime@aol.com
4  **Attorney for Plaintiff**

FEB -4 AM 9:2
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>   Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary of Labor<br>U.S. Department of Labor<br><br>   Defendants. | Case No. C 08-0021 ~~MEJ/MJJ~~ CRB<br><br>**(PROPOSED) ORDER GRANTED<br>SUMMARY JUDGMENT**<br><br>(EMPLOYMENT DISCRIMINATION)<br><br>Date:  March 11, 2008<br>Time:  9:30 A.M.<br>Place:  Courtroom 11, 19th Floor<br>Before: Honorable Martin J. Jenkins |

   This matter came on regularly for hearing on March 11, 2008, in Courtroom 11 of this Court, the Honorable Martin J. Jenkins presiding. E. K. Wade (Pro se) appeared on behalf of Plaintiff E. K. Wade. U.S. Attorney Melissa Brown appeared on behalf of Defendant Elaine Chao.

   After full consideration of all of the evidence and argument, the separate statements of the parties, the Court finds that there is no triable issue of material fact in this action and that the Plaintiff is entitled to judgment as a matter of law, since there is no evidence constituting a defense for Defendant.

1  **IT IS HEREBY ORDERED** that the motion for summary judgment is GRANTED and that
2  judgment shall be entered forthwith in favor of Plaintiff against Defendant.
3
4  Dated: _____
5
6
7                                    Honorable Maria-Elena James/Martin J. Jenkins
                                     Judge U.S. District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E. K. Wade v. Elaine Chao
(Proposed) Order Granting Supporting Summary Judgment
C 08-0021 MEJ/MJJ - 2