1  E.K. Wade (Pro Se)
2  542 North Civic Drive, Apt. D
   Walnut Creek, CA 94597
3  (925) 323-1578
   ekpeactime@aol.com
4  **Attorney for Plaintiff**

**FILED**

FEB 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

CRB

| | |
|---|---|
| E. K. Wade<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary of Labor,<br><br>　　　　　　Defendants. | Case No. C 08-0021 MEJ/MJJ<br><br>**VERIFIED COMPLAINT FOR DAMAGES**<br><br>Title VII & DFEH Act:<br><br>Discrimination in Promotion (Race, Disability, and Age);<br>Disparate Treatment Discrimination (Race, Disability, and Age);<br>Retaliatory Discrimination (Race, Disability, and Age);<br>Hostile Work Environment Harassment (Race, Disability, and Age);<br>Retaliatory Discrimination – Issuance of 14-day Proposed Suspension (Race, Disability, and Age);<br>and Constructive Discharge (Race, Disability, and Age). |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0021 MJJ- 1

1  My business address is 536 Mission Street, San Francisco,
2  California, 94105.
3
4      On February 6, 2008, I served the within **AMENDED MEMORANDUM**
5  **OF POINTS AND AUTHORITIES** on the parties in said action, by
6  placing a true copy thereof enclosed in a sealed envelope with
7  postage thereon fully prepaid, in the United States post office
8  mail box at Walnut Creek, California addressed as follows:
9
10 Melissa Brown, Esq.
   U.S. ATTORNEY
11 450 Golden Gate Avenue, 9th Floor
   San Francisco, CA  94102
12
13     I, Ted Mavrakos, declare under penalty of perjury that the
14 foregoing is true and correct.
15     Executed this 6th day of February 2008 at San Francisco,
16 California.

_____

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0021 MJJ- 2



E. K. Wade
542 North Civic Drive, Apt D
Walnut Creek, CA 94597



**RECEIVED**

FEB - 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102