JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6962
    Facsimile:   (415) 436-6748
    Email:      melissa.k.brown@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>            Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>            Defendant. | No. C 08-00021 CRB<br><br>**EX PARTE MOTION PURSUANT TO FED. R. CIV. P. 56(f)** |

### I. INTRODUCTION

On January 3, 2008, Plaintiff E.K. Wade ("Plaintiff") served the United States Attorney's Office with a Complaint in the above captioned matter. The Complaint is over one-hundred pages long and involves eleven individual federal Defendants and the Secretary of Labor (collectively, "Defendants"). Even though Defendants' responsive pleading is not due until March 3, 2008, on February 4, 2008, Plaintiff filed a Motion for Summary Judgment ("Plaintiff's Motion").[1]

Further complicating matters, on January 2, 2008, Plaintiff filed and served the United States Attorney's Office with a complaint in Case No. C 08-00001 MJJ. Both that complaint and

---

[1] Defendants enter their appearance here for the sole reason of opposing Plaintiff's Motion and reserve the right to raise all appropriate defenses to the Complaint in their responsive pleading.

the complaint in the above-referenced action involve the same parties, the same facts, and the same circumstances. Accordingly, on February 4, 2008, the Defendants moved to consolidate the cases and requested that the Plaintiff be ordered to file one Complaint.[2] The Defendants are awaiting a response to their request.[3]

In light of the procedural posture of this action, Plaintiff's Motion is premature. Therefore, the Defendants hereby oppose Plaintiff's Motion, and move the Court to refuse the Motion pursuant to Fed. R. Civ. P. 56(f). This motion is supported by the attached Declaration of Melissa Brown.

## II.    ANALYSIS

Plaintiff's Motion should be refused because it is premature. Courts have been clear: "The purpose of Rule 56(f) is to prevent the opposing party from being railroaded by a premature motion for summary judgment." Herring v. Countrywide Home Loans, Inc., 2007 WL 707073, at *2 (D. Ariz. Mar. 6, 2007) (citing Celotex Corp. v. Catrett, 477 U.S. 317, 326 (1985)). "When a motion for summary judgment is filed so early in the litigation, before a party has had any realistic opportunity to pursue discovery relating to its theory of the case, district courts should grant any Rule 56(f) motion fairly freely." Burlington Northern Santa Fe R.R. Co. v. Assinibione & Sioux Tribes of the Fort Peck Reservation, 323 F.3d 767, 773 (9th Cir. 2003) (emphasis added).

Here, Plaintiff has filed his motion before the Defendants have had sufficient opportunity to investigate the claims raised in his Complaint. Indeed, Defendants' opposition to Plaintiff's Motion is due nearly two weeks before their Answer must be filed. Defendants lack sufficient time to gather supporting affidavits and information to support their opposition to Plaintiff's Motion. Accordingly, Defendants move the Court to refuse Plaintiff's Motion pursuant to Fed.

---

[2] By way of background, on December 28, 2007, the Honorable Martin J. Jenkins issued an order dismissing Plaintiff's action and ordering Plaintiff to file one new complaint. Surprisingly, Plaintiff filed two complaints.

[3] It should also be noted that Plaintiff's Motion was not received by the United States Attorney's Office until February 7, 2008, at which time the United States Attorney's Office also received Plaintiff's "Amended Memorandum of Points And Authorities In Support of Motion for Summary Judgment."

EX PARTE MOTION PURSUANT TO FED. CIV. P. RULE 56(F)
C 08-0021 CRB                             2

R. Civ. P. 56(f).  Alternatively, Defendants request the Court to continue the Motion hearing to June 3, 2008, to provide Defendants opportunity to investigate Plaintiff's claims.

### III.   CONCLUSION

For the foregoing reasons, Defendants respectfully request the Court to deny Plaintiff's Motion, or continue the hearing date.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

s/Melissa Brown

Dated: February 8, 2008

---
MELISSA K. BROWN
Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**EX PARTE MOTION PURSUANT TO FED. R. CIV. P. 56(f)**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  **X**  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ____  **PERSONAL SERVICE (BY MESSENGER)**

  ____  **FEDERAL EXPRESS**

  ____  **FACSIMILE (FAX)**  Telephone No.: See Below

to the party(ies) addressed as follows:

| | | |
|---|---|---|
| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 8, 2008 at San Francisco, California.

                    /s/
                    CAROL. E. WEXELBAUM
                    Legal Assistant