UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E.K. WADE,

        Plaintiff,

    v.

ELAINE CHAO, SECRETARY OF LABOR, ET AL.

        Defendant.

No. C 08-00021 CRB

**[PROPOSED] ORDER GRANTING EX PARTE** MOTION PURSUANT TO FED. R. CIV. P. 56(f)

**ORDER**

It is hereby ordered that Plaintiff's Motion for Summary Judgment is DENIED without prejudice.

Dated: _____

CHARLES R. BREYER
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER GRANTING EX PARTE** MOTION PURSUANT TO FED. R. CIV. P. 56(f)

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  **X**   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

        **PERSONAL SERVICE (BY MESSENGER)**

        **FEDERAL EXPRESS**

        **FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

| | | |
|---|---|---|
| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 8, 2008 at San Francisco, California.

                           /s/
                   CAROL E. WEXELBAUM
                   Legal Assistant