E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>              **Plaintiff,**<br><br>vs.<br><br>Elaine Chao, Secretary of Labor,<br><br>              **Defendants.** | Case No. C 08-0021 ~~MEJ/MaJ~~ CRB<br><br>**VERIFIED COMPLAINT<br>FOR DAMAGES**<br><br>Title VII & DFEH Act:<br><br>Discrimination in Promotion (Race, Disability, and Age);<br>Disparate Treatment Discrimination (Race, Disability, and Age);<br>Retaliatory Discrimination (Race, Disability, and Age);<br>Hostile Work Environment Harassment (Race, Disability, and Age);<br>Retaliatory Discrimination – Issuance of 14-day Proposed Suspension (Race, Disability, and Age);<br>and Constructive Discharge (Race, Disability, and Age). |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0021 MEJ- 1

My business address is 536 Mission Street, San Francisco, California, 94105.

On February 4, 2008, I served the within **MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF E. K. WADE, (PROPOSED) ORDER GRANTING SUMMARY JUDGMENT, UNDISPUTED FACTS AND SUPPORTING EVIDENCE, AND DECLINATION TO CONSENT TO MAGISTRATE JUDGE** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Walnut Creek, California addressed as follows:

Melissa Brown, Esq.
U.S. ATTORNEY
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

I, Ted Mavrakos, declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February 2008 at San Francisco, California.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0021 MEJ- 2