UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>　　　　　　　Defendant. | No. C 08-00021 CRB<br><br>[PROPOSED] ORDER GRANTING EX PARTE MOTION PURSUANT TO FED. R. CIV. P. 56(f) |

**ORDER**

It is hereby ordered that Plaintiff's Motion for Summary Judgment is DENIED without prejudice.

Dated:  February 11, 2008

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*