E.K. Wade (Pro se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

Attorney for Plaintiff (Pro se)

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6962
    Facsimile:   (415) 436-6748
    Email:      melissa.k.brown@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>                Plaintiff,<br><br>     v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>                Defendant. | No. C 08-00001 JSW<br>No. C 08-00021 CRB<br><br>**JOINT STIPULATION TO CONSOLIDATE CASES AND TO EXTEND TIME FOR THE FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND [PROPOSED] ORDER** |

      The parties, Plaintiff, E.K. Wade, *pro se* and the defendant Elaine Chao, Secretary of Labor and each of the individual defendants (collectively, the "Federal Defendants") by and through their counsel stipulate to the following:

      WHEREAS, on January 2, 2008, Plaintiff E.K. Wade filed a Verified Complaint for Damages, case No. CV 08-00001 JSW against Elaine Chao Secretary of Labor for the Department of Labor;

      WHEREAS, on January 3, 2008, Plaintiff E.K. Wade filed a second Verified Complaint for Damages, case No. CV 08-00021 CRB against Elaine Chao, Charles James, Woody Gilliland,

1  Doug Betten, William Smitherman, Georgia Martin, Alice Young, Sarah Nelson, Bonnie Corley,
2  Kathyann Batiste, Berlene Roberts and Jesus Alvarez in their individual capacities;
3        WHEREAS, both cases CV 08-00001 JSW and CV 08-00021 involve the same facts,
4  circumstances, and parties, and include related and overlapping legal and factual issues;
5        WHEREAS, on February 20, 2008, the Federal Defendants filed a Motion to Relate the
6  cases;
7        WHEREAS, the parties to this action, through their respective attorneys stipulate to the
8  following:
9        1.   Case No. CV 08-00001 JSW and CV 08-00021 CRB shall be consolidated into
10            one action bearing the Case No. CV 08-00001 JSW.
11       2.   The Federal Defendants shall have until March 19, 2008, to file responsive
12            pleadings to the Complaint Case No. CV 08-0001 JSW and Case No. CV 08-
13            00021 CRB under the consolidated Case No. CV 08-0001 JSW.

Respectfully submitted,

E.K. WADE

/s/

Dated: February 22, 2008

E.K. WADE (Pro se)


Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

Dated: February 22, 2008

MELISSA K. BROWN
Assistant United States Attorney

JOINT STIPULATION TO CONSOLIDATE CASES AND EXTEND TIME TO FILE RESPONSIVE PLEADING
AND [PROPOSED] ORDER, C 08-00001 JSW and C-08-0021 CRB    2

**ORDER**

The Court orders that Case No. CV 08-00001 JSW and CV 08-00021 CRB shall be consolidated into one action bearing the Case No. CV 08-00001 JSW.

The Court further orders that the Federal Defendants shall have until March 19, 2008, to file responsive pleadings to the Complaint Case No. CV 08-0001 JSW and Case No. CV 08-00021 CRB under the consolidated Case No. CV 08-0001 JSW..

DATED:_____          _____

                                                                     HONORABLE JEFFREY S. WHITE

                                                                     U.S. DISTRICT COURT JUDGE

JOINT STIPULATION TO CONSOLIDATE CASES AND EXTEND TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER, C 08-00001 JSW and C-08-0021 CRB

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**JOINT STIPULATION TO CONSOLIDATE CASES AND TO EXTEND TIME FOR THE FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND [PROPOSED] ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |
|---|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 22, 2008 at San Francisco, California.

```
                    /s/
           _____
           CAROL WEXELBAUM
           Legal Assistant
```