1  E. K. Wade (Pro Se)
   542 North Civic Drive, Apt. D
2  Walnut Creek, CA 94597
   (925) 323-1578
3  ekpeactime@aol.com

4  **Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade | Case No. C 08-0021 JSW |
| Plaintiff, | **DECLARATIONS OF E. K. WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.** |
| vs. | |
| Elaine Chao, Secretary of Labor<br>U.S. Department of Labor | Date: May 9, 2008<br>Time: 9:00 A.M.<br>Place: Courtroom 2, 17th Floor<br>Before: Honorable Jeffrey S. White |
| Defendants. | |

**DECLARATIONS OF E. K. WADE**

I, E. K. Wade declare:

1. I am a resident of Walnut Creek, California and Contra Costa County. I am a 60-year-old decorated disabled American Vietnam veteran with a 70% rating from the Veterans Affairs; and I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. On or about October 11, 2004, Plaintiff (not of his own volition) finally caved in and resigned his position as Equal Opportunity Specialist/Compliance Officer as a direct

E. K. Wade v. Elaine Chao
Declarations of E. K. Wade
C 08-0021 JSW - 1

result of Defendants' egregious violation of personnel actions perpetrated against him from September 26, 2000 to October 11, 2004). Plaintiff maliciously suffered: a) disparate treatment (race, disability and age); b) retaliatory discrimination (race, disability and age); c) Hostile Work Environment Harassment (race, disability and age); d) Retaliatory Discrimination – Issuance of 14- day Suspension (race, disability and age); e) constructive discharge (race, disability and age); f) disability discrimination – reasonable accommodations (race, disability and age); g) conspiracy to deprive equal protection of the laws (race, disability and age); and h) conspiracy to interfere with civil rights (race, disability and age). I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

Dated this 1st day of April 2008

*E.K.Wade*

E. K. Wade (Pro Se)
Attorney for Plaintiff
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com