1  E.K. Wade (Pro Se)
   542 North Civic Drive, Apt. D
2  Walnut Creek, CA 94597
   (925) 323-1578
3  ekpeactime@aol.com

4  **Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** | Case No. C 08-0001 JSW |
| | C 08-0021 JSW |
| **Plaintiff,** | **MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| Elaine Chao, Secretary of Labor, | Date: May 9, 2008 |
| | Time: 9:00 A.M. |
| **Defendants.** | Courtroom 2, 17th Floor |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street, San Francisco, California, 94105.

On April 1, 2008, I served the within **MOTION FOR SUMMARY JUDGMENT, ADDENDUM TO MOTION FOR SUMMARY JUDGMENT, DECLARATION OF E. K. WADE, MEMORANDUM OF POINTS AND AUTHORITIES, PROPOSED**

1 | **ORDER GRANTING SUMMARY JUDGMENT, AND UNDISPUTED FACTS AND**

2 | **EVIDENCE TO SUPPORT MOTION FOR SUMMARY JUDGMENT** on the parties

3 | in said action, by placing a true copy thereof enclosed in a

4 | sealed envelope with postage thereon fully prepaid, in the

5 | United States post office mail box at Walnut Creek, California

6 | addressed as follows:

Melissa Brown, Esq.
U.S. ATTORNEY
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

    I, Ted Mavrakos, declare under penalty of perjury that the foregoing is true and correct.

    Executed this 1st day of April 2008 at San Francisco, California.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2