E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| E. K. Wade | Case No.: C 08-0021 JSW |
| Plaintiff, | **Request for Entry of Default** |
| vs. | |
| Elaine Chao, Secretary of Labor, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**TO HONORABLE JEFFREY S. WHITE:**

Plaintiff declares that Defendant Elaine Chao was served with a Verified Complaint on **January 3, 2008;** and a subsequent Amended Verified Complaint (C 08-0001 JSW). Subsequently, this Court granted Defendant's motion to consolidate both cases; and further allowed Defendant to file its answer to Plaintiff's claims on or about **March 20, 2008**. On or about **March 20, 2008**, Defendant answered by motioning to dismiss claims 7 and 8 of Plaintiff's new case (C 08-0021 JSW), but failed to answer with respects to claims 1 through 6, with no explanation whatsoever.

1  Defendant has not filed a written response to this complaint within the appropriate
2  amount of time, pursuant to *Rule 15(a) of the Federal Rules of Civil Procedure*. The
3  Federal Rules of Civil Procedure require defendants to answer a complaint within
4
5  twenty (20) days from the date being served with the summons and complaint, or if
6  service of the summons was timely waived, within sixty (60) days after the date when
7  the request for waiver was sent. Fed.R.Civ.P. 12(a) If a defendant fails to respond
8  within that time, a default judgment may be entered. Benny v. Pipes, 799 F.2d 489, 492
9
10 (9th Cir. 1986) 484 U.S. 870. Here, Plaintiff argues that Defendant Elaine Chao failed to
11 respond to the summons and complaint in a timely fashion and he humbly submits this
12 Request for Entry of Default.
13 Respectfully submitted.
14
                                            Dated this 4th day of April 2008
15
                                                    *E. K. Wade*
16                                          _____
                                                 E. K. Wade (Pro Se)
17                                               Attorney for Plaintiff
                                              542 North Civic Drive, Apt. D
18                                              Walnut Creek, CA  94597
19                                                    (925) 323-1578
                                                  ekpeactime@aol.com
20

E. K. Wade v. Elaine Chao
Request for Entry of Default
C 08-0021 JSW - 2

ADRMOP, CONSOL, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-00021-JSW
### Internal Use Only

Wade v. Chao
Assigned to: Hon. Jeffrey S. White
Lead case: 3:08-cv-00001-JSW
Member case:
   3:08-cv-00021-JSW
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 01/04/2008
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**E. K. Wade**    represented by **E. K. Wade**
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
925 323-1578
PRO SE

V.

**Defendant**

**Secretary of Labor Elaine Chao**    represented by **Melissa K. Brown**
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102
415-436-6962
Fax: 415-436-6927
Email: melissa.k.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2008 | 1 | COMPLAINT /issued summons against Elaine Chao ( Filing fee $ 350, receipt number 34611014090.). Filed byE. K. Wade. (ga, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/04/2008) |
| 01/03/2008 | 2 | CONSENT to Proceed Before a US Magistrate Judge by E. K. Wade.. (ga, COURT STAFF) (Filed on 1/3/2008) (ga, COURT STAFF). (Entered: 01/04/2008) |
| | | |

| 01/03/2008 | 3 | ADR SCHEDULING ORDER: Case Management Conference set for 4/10/2008 10:00 AM. Case Management Statement due by 4/3/2008.. Signed by Judge Maria-Elena James on 1/3/08. (Attachments: # 1 Judge Standing Order, # 2 Court Standing Order, # 3 Consent/Decline Form) (ga, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/04/2008) |
|---|---|---|
| 01/03/2008 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/04/2008) |
| 01/04/2008 | 4 | CERTIFICATE OF SERVICE by E. K. Wade re 1 Complaint, 3 ADR Scheduling Order, (ga, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/09/2008) |
| 01/14/2008 | 5 | NOTICE OF UNAVAILABILITY by E. K. Wade (ga, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/17/2008) |
| 01/17/2008 | 6 | AMENDED NOTICE OF UNAVAILABILITY by E. K. Wade (ga, COURT STAFF) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 02/04/2008 | 7 | MOTION to Consolidate Cases *and [Proposed] Order* filed by Elaine Chao. (Brown, Melissa) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 10 | Declination to Proceed Before a U.S. Magistrate Judge ; Demand for Jury Trial by E. K. Wade. (mcl, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/08/2008) |
| 02/04/2008 | 11 | MOTION for Summary Judgment, or in the alternative, Summary Adjudication of Issues filed by E. K. Wade. (mcl, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/08/2008) |
| 02/04/2008 | 12 | Declaration of E.K. Wade in Support of 11 MOTION for Summary Judgment filed byE. K. Wade. (Related document(s) 11 ) (mcl, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/08/2008) |
| 02/04/2008 | 13 | UNDISPUTED FACTS and Supporting Evidence re 11 MOTION for Summary Judgment filed byE. K. Wade. (Related document(s) 11 ) (mcl, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/08/2008) |
| 02/04/2008 | 14 | Proposed Order re 11 MOTION for Summary Judgment by E. K. Wade. (mcl, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/08/2008) |
| 02/05/2008 | 8 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 2/5/2008) (Entered: 02/05/2008) |
| 02/05/2008 | 18 | CERTIFICATE OF SERVICE by E. K. Wade re 11 MOTION for Summary Judgment, 13 Exhibits, 14 Proposed Order, 10 Declination to Proceed Before a U.S. Magistrate Judge, 12 Declaration in Support (mcl, COURT STAFF) (Filed on 2/5/2008) (Entered: 02/11/2008) |
| 02/06/2008 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Charles R. Breyer for all further proceedings. Magistrate Judge Maria-Elena James no longer assigned to the case. Signed by Executive Committee on 2/6/08. (ha, COURT STAFF) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | 20 | Amended MEMORANDUM OF POINTS AND AUTHORITIES in |