JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6962
    Facsimile:    (415) 436-6748
    Email:       melissa.k.brown@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>                Plaintiff,<br><br>   v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>               Defendant. | Consolidated Cases<br>No. C 08-00001 JSW<br>No. C 08-00021 JSW<br><br>**THE FEDERAL DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST OF ENTRY OF DEFAULT** |

## INTRODUCTION

On April 8, 2008, Plaintiff E.K. Wade ("Plaintiff") filed a Request for Entry of Default against defendant Elaine Chao Secretary of the Department of Labor ("Federal Defendant"). Plaintiff claims that he is entitled to entry of default because the Federal Defendant has not filed an answer with respect to his complaint asserted against her. However, the Federal Defendant timely moved to dismiss certain claims in Plaintiff's complaint; therefore, Plaintiff is not entitled to entry of default.

## STATEMENT OF RELEVANT FACTS

On February 22, 2008, the parties entered into a Joint Stipulation to Consolidate the Cases and Extend the Time for the Federal Defendants to File A Responsive Pleading ("Stipulation"). Per the Stipulation, the Federal Defendants were to file a responsive pleading by March 19, 2008. On March 19, 2008 the Federal Defendants filed a motion to dismiss, *inter*

*alia*, the Seventh and Eighth causes of action in complaint C-08-00021 JSW ("Motion to Dismiss").  The Federal Defendant's Reply in support of its Motion to Dismiss is due on April 11, 2008, and the hearing on the Motion to Dismiss is scheduled for May 9, 2008.

## ANALYSIS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a defendant may move to dismiss or answer in response to a complaint. Fed. R. Civ. P. 12 *et seq*.  Further, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, the defendant has ten days from the denial of a motion to dismiss to file a responsive pleading and or to answer a complaint.  Fed. R. Civ. P. 12(a)(4)(A).  This is true even if the defendant only moves to dismiss certain causes of action as opposed to the entire complaint, as was done in the instant case.  See e.g., I-Enterprise Co. LLC v. Draper Fisher Jurvetson Management Co., Civ. No 03-1561 MMC, 2005 WL 3590984 (N.D. Cal. Dec. 30 2005) at * 2.   In I-Enterprise, the defendants did not file an answer, but rather filed a motion to dismiss certain causes of action alleged in the Third Amended Complaint.  The court found that pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, when a motion to dismiss has been filed, the defendant is not required to answer the complaint until ten days after the Court rules on the motion.  Id. at *2.

Because the Court has not yet issued a ruling on the Federal Defendants' Motion to Dismiss, no answer or other responsive pleading is yet due.

## CONCLUSION

For the foregoing reasons, the Plaintiff's Request for Entry of Default should be denied.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 9, 2008

/s/
_____
MELISSA K. BROWN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**THE FEDERAL DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST OF ENTRY OF DEFAULT**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER)**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |
|---|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 9, 2008 at San Francisco, California.

```
            /S/
_____
MANIK BOWIE
Legal Assistant
```