E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>  Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary of Labor,<br><br>  Defendants. | Case No. C 08-0021 JSW<br><br>**OPPOSITION TO DEFENDANT'S EXPARTE MOTION; AND REQUEST FOR DEFAULT JUDGMENT** |

### PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County.  I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street, San Francisco, California, 94105.

On April 4, 2008, I served the within **OPPOSITION TO DEFENDANT'S EXPARTE MOTION; AND REQUEST FOR DEFAULT** on the parties in said action, by placing a true copy thereof enclosed

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0021 JSW - 1

1  in a sealed envelope with postage thereon fully prepaid, in the

2  United States post office mail box at Walnut Creek, California

3  addressed as follows:

4  
5  Melissa Brown, Esq.
   U.S. ATTORNEY
6  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA  94102
7  
8     I, Ted Mavrakos, declare under penalty of perjury that the

9  foregoing is true and correct.

10    Executed this 4th day of April 2008 at San Francisco,

11 California.

*[signature: Ted Mavrakos]*