**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 16, 2008

RE:  CV 08-00021 JSW    E.K. WADE-v- ELAINE CHAO

Default is declined as to Elaine Chao on April 15, 2008.


RICHARD W. WIEKING, Clerk

by:  Hilary D. Jackson
Case Systems Administrator